# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2015-0497, <u>Marilyn V. Marchant, as Administrator of the Estate of Robert Marchant v. Harbour Women's Health, P.A. & a.</u>, the court on April 13, 2016, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Marilyn V. Marchant, as Administrator of the Estate of Robert Marchant, appeals an order of the Superior Court (<u>Delker</u>, J.) granting summary judgment in favor of the defendants, Harbour Women's Health, P.A. (HWH), Mark Chag, M.D., and Albert Lantinen, M.D. The plaintiff argues that the trial court erred by finding that: (1) the decedent's agreements with HWH do not require the defendants to pay the estate a share of the refund that HWH received from the New Hampshire Medical Malpractice Joint Underwriting Association; and (2) she was not entitled to attorney's fees.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**